IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 2:17-CR-51 |
| ) | |
| ABDELRAHMAN MOHAMED & ) | |
| CECILIA MANACSA, ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court for a Report and Recommendation per an Order of Reference by the District Court regarding the joint representation of the two defendants by Mr. Thomas Jessee [Doc. 6]. The Court set the matter for a hearing to conduct a Fed.R.Crim.P. 44 inquiry and advisement of rights for both Defendants and to report to the District Court any findings regarding the joint representation.

At the hearing on July 5, 2017, both Defendants were present as was their attorney, Mr. Thomas Jessee. Mr. T.J. Harker represented the United States. At the start of the hearing, Mr. Jessee informed the Court that Defendant Cecilia Manacsa has retained independent counsel in response to the Court's concern of a potential conflict of interest. The Court inquired of Defendant Manacsa who confirmed that she had retained the services of Attorney Curt Collins, who will be representing her. Accordingly, the Court finds that any concern regarding joint representation by counsel is no longer an issue.

Respectfully submitted,

s/Clifton L. Corker
United States Magistrate Judge

1