UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )  No. 2:17-CR-51 |
| | ) |
| ABDELRAHMAN MOHAMED and | ) |
| CECILIA MANACSA | ) |

## ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 5, 2017. [Doc. 10]. In that Report and Recommendation, the Magistrate Judge found that "any concern regarding joint representation by counsel is no longer an issue." No party has filed an objection to this finding.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 10]. Although defendant Manacsa has retained new counsel, the Court notes that her filed plea agreement is still before the Court for consideration and has not been withdrawn. Therefore, defendant Manacsa's change of plea hearing is currently set for August 30, 2017. Defendant Mohamed's change of plea hearing is currently set for September 11, 2017.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE